

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 0 9 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

SONJA S. YARBROUGH
DELORIS B. LUKE
    Plaintiff(s)

Vs

CASE NO. 1:19-CV-4210-IMF

BAYVIEW LOAN SERVICING, LLC
CHASE BANK, NA
NAJARIAN CAPITAL LLC
    Defendant(s)

| PLAINTIFF(S)-IN PRO PER | ATTORNEY FOR DEFENDANT(S) |
|---|---|
| SONJA S. YARBROUGH | JOHN M. MORHART JR, ESQ |
| DELORIS B. LUKE | RUBIN LUBLIN, LLC |
| 4052 BOULDER VISTA DR | 3145 AVALON RIDGE PLACE |
| CONLEY, GA 30288 | SUITE 100 |
| (404) 488- 4612 | PEACHTREE CORNERS, GA 30071 |
| | (770) 246-3300 |

## PLAINTIFF'S MOTION
PLAINTIFF'S MOTION TO ENJOIN NAJRIAN CAPITAL LLC
AS ORDERED BY THE HONORABLE COURT.

## Amended COMPLAINT- VIOLATION OF THE MORTGAGE REFORM AND ANTI –PREDATORY LENDING ACT COMMITED BY BAYVIEW LOAN SERVICING, LLC AND CHASE BANK,N.A

Date: 10-09-2019

*Sonja S Yarbrough*
SONJA S. YARBROUGH
4052 BOULDER VISTA DR
CONLEY, GA 30288
(404) 488- 4612

Date: 10-09-2019

*Deloris B. Luke*
DELORIS B. LUKE
4052 BOULDER VISTA DR
CONLEY, GA 30288

*Regina Burns*

CONTRACT PERSON
POWER OF ATTORNEY
REGINA BURNS
(404) 488-4612

ATTORNEY FOR DEFENDANT'S
JOHN M. MORHART, JR ESQ
RUBIN LUBLIN, LLC
3145 AVALON RIDGE PLACE, SUITE 100
PEACHTREE CORNERS, GA 30071
(770) 246- 3300