UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 15 2019

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

SONJA S. YARBROUGH
DELORIS B. LUKE
    Plaintiff(s)
Vs

CIVIL ACTION FILE
1:19-cv-04210-TWT-AJB

BAYVIEW LOAN SERVICING, LLC
CHASE BANK, NA
NAJARIAN CAPITAL LLC
    Defendant(s)

| PLAINTIFF(S)-IN PRO PER | ATTORNEY FOR DEFENDANT(S) |
|---|---|
| SONJA S. YARBROUGH | JOHN M. MORHART JR, ESQ |
| DELORIS B. LUKE | RUBIN LUBLIN, LLC |
| 4052 BOULDER VISTA DR | 3145 AVALON RIDGE PLACE |
| CONLEY, GA 30288 | SUITE 100 |
| (404) 488- 4612 | PEACHTREE CORNERS, GA 30071 |
| | (770) 246-3300 |

PLAINTIFF'S OBJECTION TO THE MAGISTRATE JUDGE'S
NON – FINAL REPORT AND RECOMMENDATION BASED ON THE FACT
PLAINTIFF IS NOT IN VIOLATION OF 28 U.S.C § 2283 AND WHY.

   Plaintiff states the Honorable Courts Ruling was in errs, because the Honorable Court mistakenly used the wrong Complaint, per the fact Plaintiff was Ordered to amend the original complaint which needed to enjoin the third party to prefect the original complaint. Also in the original complaint the parties call also emailed a request to settle this action by October 30, 2019, in which the Plaintiff agreed to, then realizing the other party was NAJARIAN CAPITAL LLC was not notified of this request and Plaintiff then filed an Emergency Motion to Stay the Ruling made in error by the MAGISTRATE COURT OF DEKALB COUNTY, STATE OF GEORGIA, based on a Dispossessory Warrant granted in error. Plaintiff had little time to move on this action and the Honorable Court responded a wrong document based on the fact Plaintiff was trying hard to keep up with all the moving parts and is not in violation of The Anti- Injunction Act-28 USC § 2283 which would have applied if not for the Plaintiff's Amended Complaint which caused this Court's ruling void and grounds for a new look at the documents in which are current now with proper exhibits in support.
   The exhibits in support are:
(a)  That without Notice: NAJARIAN CAPITAL LLC, filed a Complaint stating to be the new owner of Plaintiff's Property which was in error in the MAGISTRATE COURT OF DEKALB COUNTY, STATE OF GEORGIA – Case # 19D68542 stating Defendant was a Tenant [UNTRUE]
(b) The Notice of Bankruptcy dated: 01/22/2019 – Case number 19-51150.
(c)  Then corrected and refiled on 07/01/2019 – Case number 19-60178 and adding NAJARIAN CAPITAL LLC under duress, per the fact Plaintiff had neither contract nor knowledge of this party with a bogus account number.
( d) That after the  MAGISTRATE COURT OF DEKALB COUNTY made a ruling in error, Plaintiff was forced to file a Complaint at Federal Court because the now

Plaintiff was not allowed due process, the Judge would not let the then Defendant speak nor defend it was ugly also frightening to hear. The alleged Attorney gave the court a DEMAND LETTER which the now Plaintiff new was bogus and Plaintiff ended up at this Honorable Court for a fair and just hearing until the call came from the now Defendant(s) asking for time to give a settlement by October 30, 2019.

Now that Plaintiff has all the facts entered into the Honorable Court could the Honorable Court kindly review the EMERGENCY MOTION FOR A STAY at the MAGISTRATE COURT OF DEKALB- Case # 19D68542.

Date: 10-15-2019

*Sonja Yarbrough*
SONJA S. YARBROUGH
4052 BOULDER VISTA DR
CONLEY, GA 30288
(404) 488- 4612

Date: 10-15-2019

*Deloris B. Luke*
DELORIS B. LUKE
4052 BOULDER VISTA DR
CONLEY, GA 30288

*Regina Burns*
CONTRACT PERSON
POWER OF ATTORNEY
REGINA BURNS
(404) 488-4612

ATTORNEY FOR DEFENDANT'S
JOHN M. MORHART, JR ESQ
RUBIN LUBLIN, LLC
3145 AVALON RIDGE PLACE, SUITE 100
PEACHTREE CORNERS, GA 30071
(770) 246- 3300